M. P. No. 76-160. State v. Sidney A. Clark. Motion of defendant for appointment of private counsel is denied, and the Public Defender is directed to represent the defendant in the further prosecution of his appeal before Supreme Court. *Julius C. Michaelson,* Attorney General, for plaintiff. *William F. Reilly,* Public Defender, *Barbara Hurst,* Asst. Public Defender, for defendant.

M. P. No. 76-165. William D. Mello v. James W. Mullen, Warden. Petition for writ of habeas corpus is assigned for hearing on the merits to May 7, 1976 at 9:30 a.m. *Paul J. DiMaio, Edward John Mulligan,* for plaintiff. *Julius C. Michaelson,* Attorney General, for defendant.